JACK NORTH MCLEAN, *Appellant,* v. JOSEPH R. SCHNEIDER, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 79–0531, Blaine Hopp, Jr., J., entered January 21, 1981. *Affirmed* by unpublished opinion per

Green, J., concurred in by Roe, A.C.J., and Munson, J.